# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TREVOR JOHNSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-927** |
| **N. BURL CAIN, WARDEN** | **SECTION: "H"(1)** |

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and Petitioner's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Trevor Johnson is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 7th day of November, 2017.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**